**2013–0081. State v. Wangler.**
Allen App. No. 1–11–18, 2012-Ohio-4878.
PFEIFER, O'DONNELL, and O'NEILL, JJ., dissent.

**2013–0088. State v. Erkins.**
Hamilton App. No. C–110675, 2012-Ohio-5372.

**2013–0094. Aronhalt v. Castle.**
Franklin App. No. 12AP–196, 2012-Ohio-5666.
FRENCH, J., not participating.

**2013–0097. State v. Rodriguez.**
Lucas App. No. L–11–1147, 2012-Ohio-5803.

**2013–0098. State v. Woods.**
Cuyahoga App. No. 98054, 2012-Ohio-5509.

**2013–0099. E. Cleveland v. Goolsby.**
Cuyahoga App. No. 98220, 2012-Ohio-5742.

**2013–0105. Berea City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Cuyahoga App. No. 98286, 2012-Ohio-4605.
PFEIFER, J., dissents.

**2013–0107. Long v. State.**
Cuyahoga App. No. 98348, 2012-Ohio-5724.
O'NEILL, J., dissents.

**2013–0110. State v. Ryan.**
Cuyahoga App. No. 98101, 2012-Ohio-5732.

**2013–0112. Cleveland v. Cleveland Police Patrolmen's Assn.**
Cuyahoga App. No. 98259, 2012-Ohio-5746.
O'NEILL, J., dissents.

**2013–0113. Elam v. Cuyahoga Cty. Dept. of Emp. & Family Servs.**
Cuyahoga App. No. 98323, 2012-Ohio-5076.

**2013–0114. Perkins v. Falke & Dunphy, L.L.C.**
Montgomery App. No. 25162, 2012-Ohio-5799.

**2013–0119. DuBose v. Cincinnati Pub. Schools.**
Hamilton App. No. C–120188. Discretionary appeal not accepted. Request for relief denied as moot.

**2013–0125. Country Club S. Homeowners Assn., Inc. v. Warren Country Club Villas Condominium Unit Owners Assn., Inc.**
Trumbull App. No. 2012–T–0001, 2012-Ohio-5835.
O'DONNELL, J., dissents.

**2013–0128. CitiMortgage, Inc. v. Patterson.**
Cuyahoga App. No. 98360, 2012-Ohio-5894.
O'NEILL, J., dissents.

**2013–0129. State v. Lauharn.**
Miami App. No. 2012–CA–9, 2012-Ohio-6185.

**2013–0131. State v. Ojile.**
Hamilton App. Nos. C–110677 and C–110678, 2012-Ohio-6015.

**2013–0133. State v. Jones.**
Williams App. No. WM–12–001, 2012-Ohio-6060.

**2013–0134. State v. Gill.**
Hamilton App. No. C–120142.